STEVEN C. MITCHELL, ESQ. State Bar No. 124644
LEO R. BARTOLOTTA, ESQ. State Bar No. 186860
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL
37 Old Courthouse Square, Fourth Floor
Santa Rosa, CA 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
SONOMA COUNTY SHERIFF'S DEPT. and
ELIZABETH WARREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW M. MUSAELIAN, MARY C. MUSAELIAN and MICHAEL A. MUSAELIAN,

Plaintiffs,

vs.

SONOMA COUNTY SHERIFF'S DEPT. and ELIZABETH WARREN, Civil Manager,

Defendants.

Case No. C07 - 0806 SI

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Plaintiffs, ANDREW M. MUSAELIAN, MARY C. MUSAELIAN and MICHAEL A. MUSAELIAN, in Pro Per, and Defendants, SONOMA COUNTY SHERIFF'S DEPT. and ELIZABETH WARREN, Civil Manager, by and through their attorneys of record, Steven C. Mitchell, Esq. and Leo R. Bartolotta, Esq. of Geary, Shea, O'Donnell, Grattan & Mitchell, have stipulated to a continuance of the Case Management Conference currently scheduled for May 25, 2007.

**IT IS HEREBY ORDERED:**

- The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and the last day to file Joint ADR Certification with Stipulations to ADR Process or Notice of Need for ADR Phone Conference shall

be July 5, 2007;

- Last day to complete initial disclosures or state objections in Rule 26(f) Report, file Case Management Conference Statement and file/serve Rule 26(f) Report shall be July 20, 2007

- The Case Management Conference is continued to July 27, 2007 at 2:00 p.m.

Date:_____     _____
                           HONORABLE SUSAN ILLSTON

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

Order Continuing Case Management Conference

Page No. 2