STEVEN C. MITCHELL, ESQ., SBN 124644
RAYMOND J. FULLERTON, ESQ., SBN 219264
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
SONOMA COUNTY SHERIFF'S DEPARTMENT
and ELIZABETH WARREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. MUSAELIAN, MARY C. MUSAELIAN and ANDREW M. MUSAELIAN,<br><br>Plaintiffs,<br><br>v.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT, ELIZABETH WARREN, Does 1 through 10,<br><br>Defendants. | CASE NO.: C 07-0806 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[FRCP 41 (a) (1)]<br><br>Hon. Susan Illston |

IT IS HEREBY STIPULATED by and between each of the parties to this action that the above-captioned action be, and hereby is, dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1).

_/s/ Andrew M. Musaelian_                    DATED: October 10th, 2007

ANDREW MUSAELIAN
*Pro se* plaintiff

_/s/ Mary C. Musaelian_                       DATED: October 10, 2007

MARY C. MUSAELIAN
*Pro se* plaintiff

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

- 1 -
STIPULATION FOR DIMISSAL WITH PREJUDICE [FRCP 41 (a) (1)]

[signature]

MICHAEL ~~ANDREW~~ MUSAELIAN
Pro se plaintiff

DATED: October 12, 2007

[signature]

RAYMOND J. FULLERTON
Attorney for Defendants
SONOMA COUNTY SHERIFF'S DEPARTMENT
and ELIZABETH WARREN

DATED: October 15, 2007

Sumitting party must serve copies of this order on all parties.

**IT IS SO ORDERED**

[signature] Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.